UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL H. HUNT,

      Plaintiff,

v.                                                                      Case No. 8:05-cv-469-T-23EAJ

STATE OF FLORIDA, *et al.*,

      Defendants.

_____/

## O R D E R

Hunt was advised at the time he was granted *in forma pauperis* status that the

action would be dismissed unless he paid the designated initial installment toward the

full filing fee.  More than the allotted time has elapsed and the initial installment fee has

not been paid.  The order (Doc. 6) was apparently delivered to Hunt because it has not

been returned as undeliverable.  Hunt has not contacted the court regarding this action.

Accordingly, this action is **DISMISSED** without prejudice for Hunt's failure to pay

the designated initial installment towards the full filing fee.  The clerk shall enter

judgment against Hunt and **CLOSE** this action.

ORDERED in Tampa, Florida, on June 1, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro